General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

pro-se,

Tabitha Renee' Charanza

_____

_____

List the full name of each plaintiff in this action.

VS.

Case Number : 9:24cv191

Truncale/Hawthorn

Eula Lea Frisby

Sonja Corchran

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

    1.    Employ Counsel
    2.    Court - Appointed Counsel
    3.    Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

Contacted the Lawyer Referral Service
3 the Bae was unable to find
an attorney that practices federal complaint

C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    _____Yes    __X__ No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: _____

2.    Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

United States District Court of Eastern District

4.    Docket number in other court. _____

5.    Name of judge to whom the case was assigned.

_____

6.    Disposition: Was the case dismissed, appealed or still pending?

_____

7.    Approximate date of disposition. _____

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 _Tabitha Renee Charanza - pro se_

        _227 Plum St Apt 8_

        _Grapeland, Tx 75844_

        Pla #2 _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _Eula Lea Frisby_

        _~~578~~ Po Box 6_

        _New Waverly, Tx 77358_

        Dft #2: _Sonja Corchran_

        _Po Box 6_

        _New Waverly, Tx 77358_

        Dft #3 _____

    Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is
involved. Include the names of other persons involved with dates and places. Do not
give any legal arguments or cite cases or statutes. If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. Use as much
space as you need, attaching additional pages if necessary.

Eula Lea Fris It is to the best of
my knowledge that Eula Frisby
Submitted an affidavit to the
Cherokee Court of Law in order to
mislead the judge in Jacksonville, Tx
into believing She was the only
heir to the property located at
A 66 BIK 1661 TR 3 TC Arrington 6 11
However when Eula's father died
he wrote a holographic will and
it was the wishes of Fannin Rodgers
to give 10 acres of the 66 6k in
Jacksonville Tx and at the time to Tonya
She was a minor, at the time The living Frisby- McQeen
relatives didnt honor his will and
the will was lost or distroyed by
Eula Frisby's Sonja Corchran's
may have in my belief conspired together
to submit a deed of sale for 1b for
all 66 BIKs knowing about the wishes
of Fannin Rodgers. See back -

It is in the best of my belief that these documents are false and invalid. Sonja Corchran also has used the documents to secure mineral rights for soley herself. my mother has passed within the last 30 days and the subject of inheritance has come up. I state I am a lawful heir to Fannin Rodgers and Eula Lea Frisby and Tonya McQueen.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal
arguments and do not cite cases or statutes.  Attach additional pages if necessary.

I want the false documents submitted
to be reviewed and investigated. I
want my mother to recieve her 10
acres at A 66 Blk 1661 TR3 TC Arrington Gll
I want the documents if found to be
fraudelent I want the defendent persecuted.
I request a judiciary review of the documents.

Signed this ____22nd____ day of ___September_____ , 20 __24__ .
                                    (Month)                        (Year)

_Tabitha Charanga,_ pro-se

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
                          Date

_Tabitha Charanga_ -pro se

_____

_____
                Signature of each plaintiff



SHREVEPORT LA 710

2 OCT 2024 PM 1 L

Tabitha Charanza
227 Plum St Apt 8
Grapeland, Tx 75844

CLERK, U.S. DISTRICT COURT
RECEIVED

OCT 0 4 2024

EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

United States District Court
of the Eastern District
104 N 3rd St Lufkin, Tx
75901

75901-998195