IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TABITHA RENEE' CHARANZA, § § *Plaintiff*, § § v. § § EULA LEA FRISBY, SONJA CORCHRAN, § § *Defendants*. § | CIVIL ACTION NO. 9:24-CV-00191-MJT JUDGE MICHAEL TRUNCALE |

ORDER ADOPTING REPORT AND RECOMMENDATION

On October 4, 2024, this case was referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. On December 9, 2024, Judge Hawthorn issued his Report and Recommendation [Dkt. 5], which recommended dismissing this case for want of prosecution because Plaintiff Charanza failed to provide the court with her current address.

On December 17, 2024, Charanza filed a change of address. [Dkt. 6]. On December 23, 2024, Charanza filed another change of address. [Dkt. 8]. The Report and Recommendation was sent to both her original address and her most recently updated address, but both mailings were returned as undeliverable. [Dkt. 9, 10]. As of this date, Charanza has not provided the Court with a functioning mailing address.

The parties have not otherwise filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

It is therefore ORDERED that Judge Hawthorn's Report and Recommendation [Dkt. 5] dismissing Charanza's case for want of prosecution is ADOPTED. Charanza's complaint [Dkt. 1]

is therefore DISMISSED WITHOUT PREJUDICE.  *See Mitchell v. Bailey*, 982 F.3d 937, 944 (5th Cir. 2020).  The Court will issue a Final Judgment separately.

**SIGNED this 6th day of February, 2025.**

*[signature]*
Michael J. Truncale
United States District Judge