IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TABITHA RENEE' CHARANZA, | § § § § § § § § § § | |
| *Plaintiff*, | | |
| | | CIVIL ACTION NO. 9:24-CV-00191-MJT |
| v. | | JUDGE MICHAEL TRUNCALE |
| EULA LEA FRISBY, SONJA CORCHRAN, | | |
| *Defendants*. | | |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is ORDERED that Plaintiff Tabitha Renee' Charanza take nothing, and the case is DISMISSED. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 6th day of February, 2025.**

Michael J. Truncale
United States District Judge